**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**INDONY JEAN BAPTISTE** and
**DRIX JEAN BAPTISTE,**

　　　　　Plaintiffs,

**v.**　　　　　　　　　　　　　　　　　**Civil Action No. 3:11-CV-73**
　　　　　　　　　　　　　　　　　　　　**(BAILEY)**

**CITY OF CHARLES TOWN, WEST VIRGINIA,**
**JAMES E. KNOTT, RONALD E. KERNS,**
**JONATHAN T. DESARNO,** and **JASON W. NEWLIN,**

　　　　　Defendants.

**ORDER DISMISSING CASE**

Inasmuch as the mediator in this case, Oscar Bean, has informed this Court that the

parties have reached a settlement agreement on all issues in the above-styled action, it is

**ORDERED** that this civil action be, and the same is, hereby **DISMISSED** with prejudice and

retired from the active docket of this Court, subject to reopening on motion of any party,

and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order

unless it is required by law or is necessary under the terms of any agreement resolving this

civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** November 19, 2012.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE